**Opinion issued September 13, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-12-00444-CR**

————————————

**THE STATE OF TEXAS, Appellant**

**V.**

**JOSHUA LARA, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CR2158**

**MEMORANDUM OPINION**

Appellant, the State of Texas, has filed a motion to dismiss its appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. TEX. R. APP. P. 47.2(b).